IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**FARRIED JASSIEM,**

   Plaintiff,

v.                            Civil Action No. **3:18CV166**

**JEFFERY CRAWFORD,** *et al.*,

   Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 30, 2018, the Court conditionally docketed Plaintiff's action. At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

  (A)  Identifies the nature of the action;
  (B)  States his belief that he is entitled to relief;
  (C)  Avers that he is unable to prepay fees or give security therefor; and,
  (D)  Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose. In his *in forma pauperis* affidavit, Plaintiff indicates that he has no current wages or income. (ECF No. 4, at 1.) However, on the next page, Plaintiff indicates that he owns an automobile, owns a house worth $500,000, and somehow provides his wife with $2,000.00 at undisclosed intervals. (*Id.* at 2.)[1] Based on these reported assets, it is evident that Plaintiff has more than sufficient assets to pay the $350 filing fee and required $50 administrative fee for this civil action. Plaintiff has not offered any reason why he cannot pay the fee in this action. Accordingly, by Memorandum Order entered on May 4, 2018, the Court denied Plaintiff's request to proceed *in forma pauperis*.

---

[1] Also attached to his *in forma pauperis* application, Plaintiff included correspondence from the Clerk of the Arlington Circuit Court pertaining to filing fees that is not relevant to the instant action and a check from the Circuit Court made out to Plaintiff. The Clerk has already returned this check to Plaintiff.

The Court explained that if Plaintiff wished to proceed with this action, he must submit the $400 filing fee to the Court within eleven (11) days of the date of entry thereof or that, in the alternative, Plaintiff may move the Court to voluntarily dismiss the action. The Court warned Plaintiff that if Plaintiff took no action, the Court will dismiss the action.

More than eleven (11) days have elapsed and Plaintiff has failed to pay the $400 or otherwise respond to the Court's May 4, 2018 Memorandum Order. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

It is so ORDERED.

Date: 6/11/18
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge